# EXHIBIT B



# INVOICE

AMERICAN PRESIDENT LINES, LTD.

| | | INVOICE | | COGMD3K441 |
|---|---|---|---|---|
| Customer # | Currency | Invoice Description | Invoice Date | Revenue Acct#/C C |
| COGDSRSHIP | US$ | DEAD FREIGHT | 1/19/2004 | 33202178 |
| | | | | 9771999 |

DSR SHIPPING
495 UNION AVENUE
MIDDLESEX, NJ. 08846
ATTN: PETER F. RONDINONE

Please reference our invoice number and make check payable to:
AMERICAN PRESIDENT LINES, LTD
116 INVERNESS DR. EAST, STE 400
ENGLEWOOD, CO 80112

ATTN: FREIGHT CASHIER

| Description | Unit Count | Unit Price | Amount |
|---|---|---|---|
| Service Contract No    LA02/0103 | | | |
| MQC:    50 | | | |
| FEUs Shipped:    8 | | | |
| FEUs Short:    42 | | | |
| Dead Freight per FEU:    350.00 | 42 | $350.00 | $14,700.00 |
| | | | |
| Amount Due    $    14,700.00 | | | |
| PAYMENT DUE UPON RECEIPT | | Invoice Total    $ | 14,700.00 |

| | PAYMENT DUE UPON RECEIPT | | Invoice Number | COGMD3K441 |
|---|---|---|---|---|
| Customer # | Customer Name | Rec. Type | Invoice Date | Amount Due |
| COGDSRSHIP | DSR SHIPPING | RDFT | 1/19/2004 | $   14,700.00 |

Make checks payable and remit to:
AMERICAN PRESIDENT LINES, LTD
116 INVERNESS DR. EAST, STE 400
ENGLEWOOD, CO 80112

ATTN: FREIGHT CASHIER