**ORIGINAL**

AO 440 (Rev. 10/93) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES, LTD. and
APL CO. Pte., LTD.

E-filing

Petitioners,

V.

D.S.R. SHIPPING CO., INC.

Respondent.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C 07 3220 JL

TO:

D.S.R. Shipping Co., Inc.
A New Jersey corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Mark K. de Langis  (SBN 190083)
Lucas Valley Law
2110 Elderberry Lane
San Rafael, CA  94903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

_____
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

JUN 1 9 2007

DATE

OAO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE August 4, 2007

Service of the Summons and complaint was made by me[1]

NAME OF SERVER *(PRINT)*  Andrew Pawelek

TITLE  Registered Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Served pursuant to FRCP 4(e)(1) and FRCP (4)(h)(1) authorizing service under CCP section 415.20 by substituted service on domestic corporation.

## STATEMENT OF SERVICE FEES

TRAVEL                SERVICES                TOTAL    $54.95

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 4, 2007
                    Date                Signature of Server

See attached Proof of Service form

2009 Morris Avenue, Union, NJ 07083
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, PETITION FOR ORDER, ATTACHMENTS |
| EFFECTED (1) BY ME: | ANDREW PAWELEK |
| TITLE: | PROCESS SERVER    DATE: 08/04/2007 07:56AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

D.S.R. SHIPPING CO. C/O GREGORY CENTER, VICE PRESIDENT

Place where served:

19 ROOSERVELT ST  FREEHOLD NJ 07728

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROSEMARY CENTER    *

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BLONDE   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

* ON AUGUST 4, 2007, I MAILED COPY OF SUMMONS + COMPLAINT TO GREGORY CENTER, VP OF DSR SHIPPING CO., INC. BY FIRST CLASS MAIL, POSTAGE PREPAID.

**STATEMENT OF SERVER**

TRAVEL $ ____.___    SERVICES $ ____.___    TOTAL $ 54.95

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 08 / 04 / 20 07

SIGNATURE OF ANDREW PAWELEK  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

08/04/07

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | MARK K. DE LANGIS, ESQ. |
| PLAINTIFF: | AMERICAN PRESIDENT LINES, LTD., ET AL |
| DEFENDANT: | D.S.R. SHIPPING CO. |
| VENUE: | DISTRICT OF CA |
| DOCKET: | 07 CV 3220 (JL) |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR