UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PRESIDENT LINES

   Plaintiff(s),          No. 07-03220 JL

 v.              NOTICE OF IMPENDING REASSIGNMENT TO A UNITED <u>STATES DISTRICT COURT JUDGE</u>

D.S.R. SHIPPING CO.

   Defendant(s).
_____/

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX** (1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  The **CASE MANAGEMENT CONFERENCE** previously scheduled for September 26, 2007 at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: September 13, 2007

                  Richard W. Wieking, Clerk
                  United States District Court

                  *Wings Hom*
                  By: Wings Hom, Deputy Clerk