IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**AMERICAN PRESIDENT LINES, LTD, et al.,**
    Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　No. **C-07-3220-SC**

**D.S.R. SHIPPING COMPANY, INC. et al.,**

    Defendant(s).　　　　　　　　　　　**Clerk's Notice**

_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **November 16, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:　September 14, 2007　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: T. De Martini
　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk