| | |
|---|---|
| 1 | LUCAS VALLEY LAW |
| | MARK K. de LANGIS (SBN 190083) |
| 2 | 2110 Elderberry Lane |
| | San Rafael, California 94903 |
| 3 | Telephone: (415) 472-3892 |
| | Facsimile: (415) 472-3977 |
| 4 | mdelangis@lucasvalleylaw.com |
| 5 | Attorneys for Petitioners |
| | AMERICAN PRESIDENT LINES, LTD. and |
| 6 | APL CO. Pte., LTD. |

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between | No. C 07-03220 SC |
| AMERICAN PRESIDENT LINES, LTD., and APL CO. Pte., LTD. | DECLARATION OF MARK K. de LANGIS IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD |
| Petitioners, | |
| v. | [9 U.S.C. section 9] |
| D.S.R. SHIPPING CO., INC., a corporation, | Hearing Date: November 16, 2007 |
| | Hearing Time: 10:00 a.m. |
| Respondent. | Courtroom: 1, 17th Floor |
| | The Honorable Samuel Conti |

24   I, Mark K. de Langis, hereby declare and state:

25        1.   I am a member of the law firm Lucas Valley Law, counsel for Petitioners

26   American President Lines, Ltd. and APL Co. Pte., Ltd. (collectively "APL"). Except as

DECLARATION OF MARK de LANGIS IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD

1. otherwise stated, all the matters set forth herein are of my own personal knowledge and, if called upon to testify, I could and would competently testify thereto.

2. I make this declaration in support of APL's motion to confirm its arbitration award against D.S.R. Shipping Co., Inc. ("D.S.R."), in the above-captioned matter.

3. On December 26, 2006, I initiated arbitration proceedings, on APL's behalf, with the American Arbitration Association ("AAA") in the matter between APL and D.S.R.

4. On February 7, 2007, Ms. Cecilia Pompa, the AAA Case Manager, notified APL (through the undersigned) and D.S.R. that Richard J. Collier, Esq., was appointed arbitrator of the matter between the parties, in accordance with the Rules of the AAA.

5. The duly appointed arbitrator, Richard J. Collier, Esq., conducted a Preliminary Hearing on March 14, 2007 and subsequently notified both parties that the arbitration would commence on April 4, 2007, via documents only. On April 4, 2007, I submitted pleadings and proof to the arbitrator to establish D.S.R.'s liability to APL for the dead freight owing as described in the motion filed herewith. Such pleadings and proof were also served upon Peter Rondinone, President of D.S.R.

6. Subsequent to that arbitration, I received from the AAA, Mr. Collier's Award of Arbitrator, dated and executed as of April 18, 2007. A true and correct copy of the Award is attached to APL's Petition for Order Confirming Award of Arbitrator as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of September 2007, in San Rafael, California.

_____
Mark K. de Langis

de LANGIS DECLARATION IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD