1  LUCAS VALLEY LAW
   MARK K. de LANGIS (SBN 190083)
2  2110 Elderberry Lane
   San Rafael, California 94903
3  Telephone: (415) 472-3892
   Facsimile:   (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Petitioners
   AMERICAN PRESIDENT LINES, LTD. and
6  APL CO. Pte., LTD.

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
   | In the Matter of the Arbitration between | No.  C 07-03220 SC |
   |---|---|
   | AMERICAN PRESIDENT LINES, LTD. and APL CO. Pte., LTD. | [PROPOSED] JUDGMENT |
   | Petitioners, | |
   | v. | |
   | D.S.R. SHIPPING CO., INC., a corporation, | |
   | Respondent. | |

1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10       NORTHERN DISTRICT OF CALIFORNIA
11
12
13
14  In the Matter of the Arbitration between | No.   C 07-03220 SC
15  AMERICAN PRESIDENT LINES, LTD. and APL CO. Pte., LTD. | JUDGMENT
16
17       Petitioners,
18       v.
19
20  D.S.R. SHIPPING CO., INC., a corporation,
21       Respondent.
22
23
24
25
26

1  On the date indicated below, this Court confirmed the award of the arbitrator in this
2  matter, dated April 18, 2007, attached as Exhibit "C" to the Petition for Order Confirming Award
3  of Arbitrator. In its Order Confirming the Arbitration Award, the Court directed that judgment
4  be entered in conformity with the arbitration award. Therefore,
5  IT IS ORDERED, ADJUDGED, AND DECREED that:
6  Petitioners American President Lines, Ltd. and APL Co. Pte., Ltd. recover from
7  Respondent, D.S.R. Shipping, Co., Inc. the principal sum awarded of $18,940 and costs of suit
8  herein of $350, for a total judgment in the amount of **$19,290.00.**
9
10 **IT IS SO ORDERED.**
11
12 DATED: _____, 2007
13
14
15                                      By: _____
16                                            UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26