UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between AMERICAN PRESIDENT LINES, LTD., and APL CO. Pte. LTD.,<br><br>        Plaintiffs,<br><br>    v.<br><br>D.S.R. SHIPPING CO., INC., a corporation,<br>        Defendant. | No. C-07-3220 SC<br><br><u>JUDGMENT</u> |

In accordance with this Court's December 14, 2007, Order Granting Plaintiff's Motion to Confirm Arbitration Award:

JUDGMENT shall be entered in favor of Plaintiffs American President Lines, Ltd., and APL Co. Pte., Ltd., and against Defendant D.S.R. Shipping Co., Inc., in the amount of $18,940 plus the costs of the present action, $350, for a total judgment of $19,290.00.

IT IS SO ORDERED.

Dated: December 14, 2007

_____
UNITED STATES DISTRICT JUDGE